# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF VIRGINIA

## CHAPTER 13 PLAN - AMENDED
## AND RELATED MOTIONS

Name of Debtor(s): **Robert Bruce Clark**
**Vickie Umberger Clark**
Case No:

This plan, dated **October 4, 2016**, is:

☑ the *first* Chapter 13 plan filed in this case.
☐ a modified Plan, which replaces the
☐ confirmed or ☐ unconfirmed Plan dated .

Date and Time of <u>Modified Plan</u> Confirming Hearing:

Place of <u>Modified Plan</u> Confirmation Hearing:

The Plan provisions modified by this filing are:

Creditors affected by this modification are:

**NOTICE: YOUR RIGHTS WILL BE AFFECTED. You should read these papers carefully. If you oppose any provision of this Plan, or if you oppose any included motions to (i) value collateral, (ii) avoid liens, or (iii) assume or reject unexpired leases or executory contracts, you MUST file a timely written objection.**

**This Plan may be confirmed and become binding, <u>and the included motions in paragraphs 3, 6, and 7 to value collateral, avoid liens, and assume or reject unexpired leases or executory contracts may be granted</u>, without further notice or hearing unless a written objection is filed not later than seven (7) days prior to the date set for the confirmation hearing and the objecting party appears at the confirmation hearing.**

The debtor(s)' schedules list assets and liabilities as follows:

Total Assets: **$139,740.00**
Total Non-Priority Unsecured Debt: **$81,358.54**
Total Priority Debt: **$1,430.80**
Total Secured Debt: **$111,244.00**

1.  **Funding of Plan.** The debtor(s) propose to pay the trustee the sum of ***$600.00 Monthly for 2 months, then $1,330.00 Monthly for 58 months***. Other payments to the Trustee are as follows: __***NONE***__. The total amount to be paid into the plan is $__***78,340.00***__.

2.  **Priority Creditors.** The Trustee shall pay allowed priority claims in full unless the creditor agrees otherwise.

    A.  **Administrative Claims under 11 U.S.C. § 1326.**

        1.  The Trustee will be paid the percentage fee fixed under 28 U.S.C. § 586(e), not to exceed 10%, of all sums disbursed except for funds returned to the debtor(s).
        2.  Debtor(s)' attorney will be paid $__***3,180.00***__ balance due of the total fee of $__***3,850.00***__ concurrently with or prior to the payments to remaining creditors.

    B.  **Claims under 11 U.S.C. §507.**
        The following priority creditors will be paid by deferred cash payments pro rata with other priority creditors or in monthly installments as below, except that allowed claims pursuant to 11 U.S.C. § 507(a)(1) will be paid prior to other priority creditors but concurrently with administrative claims above:

| Creditor | Type of Priority | Estimated Claim | Payment and Term |
|---|---|---|---|
| *Internal Revenue Service* | *Taxes and certain other debts* | *1,430.80* | *Prorata 2 months* |

3.  **Secured Creditors: Motions to Value Collateral ("Cramdown"), Collateral being Surrendered, Adequate Protection Payments, and Payment of certain Secured Claims.**

    A.  **Motions to Value Collateral (other than claims protected from "cramdown" by 11 U.S.C. § 1322(b)(2) or by the final paragraph of 11 U.S.C. § 1325(a)). Unless a written objection is timely filed with the Court, the Court may grant the debtor(s)' motion to value collateral as set forth herein.**

    This section deals with valuation of certain claims secured by real and/or personal property, other than claims protected from "cramdown" by 11 U.S.C. § 1322(b)(2) [real estate which is debtor(s)' principal residence] or by the final paragraph of 11 U.S.C. § 1325(a) [motor vehicles purchased within 910 days or any other thing of value purchased within 1 year before filing bankruptcy], in which the replacement value is asserted to be less than the amount owing on the debt. **Such debts will be treated as secured claims only to the extent of the replacement value of the collateral. That value will be paid with interest as provided in sub-section D of this section. You must refer to section 3(D) below to determine the interest rate, monthly payment and estimated term of repayment of any "crammed down" loan. The deficiency balance owed on such a loan will be treated as an unsecured claim to be paid only to the extent provided in section 4 of the Plan.**
    The following secured claims are to be "crammed down" to the following values:

| Creditor | Collateral | Purchase Date | Est Debt Bal. | Replacement Value |
|---|---|---|---|---|
| *-NONE-* | | | | |

    B.  **Real or Personal Property to be Surrendered.**

    Upon confirmation of the Plan, or before, the debtor(s) will surrender his/her/their interest in the collateral securing the claims of the following creditors in satisfaction of the secured portion of such creditors' allowed claims. To the extent that the collateral does not satisfy the claim, any timely filed deficiency claim to which the creditor is entitled may be paid as a non-priority unsecured claim. Confirmation of the Plan shall terminate the automatic stay as to the interest of the debtor(s) and the estate in the collateral.

| Creditor | Collateral Description | Estimated Value | Estimated Total Claim |
|---|---|---|---|
| *Springleaf Financial S* | *TV* | *100.00* | *9,146.00* |

**C.     Adequate Protection Payments.**

The debtor(s) propose to make adequate protection payments required by 11 U.S.C. § 1326(a) or otherwise upon claims secured by personal property, until the commencement of payments provided for in sections 3(D) and/or 6(B) of the Plan, as follows:

| Creditor | Collateral Description | Adeq. Protection Monthly Payment | To Be Paid By |
|---|---|---|---|
| **Great American Finance** | **Living room furnishings- Sectional Couch** | **20.00** | Trustee |
| **Kay Jewelers** | **Wedding bands, engagement ring, pearl necklace and earrings** | **30.00** | Trustee |
| **Schewel Furniture** | **TV** | **10.00** | Trustee |
| **Schewel Furniture** | **Bedroom - mattress** | **10.00** | Trustee |
| **Syncb/brgstr** | **Lawn care equipment - Riding mower** | **20.00** | Trustee |

Any adequate protection payment upon an unexpired lease of personal property assumed by the debtor(s) pursuant to section 6(B) of the Plan shall be made by the debtor(s) as required by 11 U.S.C. § 1326(a)(1)(B) (payments coming due after the order for relief).

**D.     Payment of Secured Claims on Property Being Retained (except only those loans provided for in section 5 of the Plan):**

This section deals with payment of debts secured by real and/or personal property [including short term obligations, judgments, tax liens and other secured debts]. After confirmation of the Plan, the Trustee will pay to the holder of each allowed secured claim, which will be either the balance owed on the indebtedness or, where applicable, the collateral's replacement value as specified in sub-section A of this section, **whichever is less**, with interest at the rate provided below, the monthly payment specified below until the amount of the secured claim has been paid in full. **Upon confirmation of the Plan, the valuation and interest rate shown below will be binding unless a timely written objection to confirmation is filed with and sustained by the Court.**

| Creditor | Collateral | Approx. Bal. of Debt or "Crammed Down" Value | Interest Rate | Monthly Paymt & Est. Term** |
|---|---|---|---|---|
| **Great American Finance** | **Living room furnishings- Sectional Couch** | **974.00** | **6%** | **83.83** **12 months** |
| **Kay Jewelers** | **Wedding bands, engagement ring, pearl necklace and earrings** | **2,216.00** | **6%** | **98.21** **24 months** |
| **Schewel Furniture** | **TV** | **535.00** | **6%** | **46.05** **12 months** |
| **Schewel Furniture** | **Bedroom - mattress** | **458.34** | **6%** | **39.45** **12 months** |
| **Syncb/brgstr** | **Lawn care equipment - Riding mower** | **2,504.00** | **6%** | **110.98** **24 months** |

**E.     Other Debts.**

Debts which are (i) mortgage loans secured by real estate which is the debtor(s)' primary residence, or (ii) other long term obligations, whether secured or unsecured, to be continued upon the existing contract terms with any existing default in payments to be cured pursuant to 11 U.S.C. § 1322(b)(5), are provided for in section 5 of the Plan.

**4.     Unsecured Claims.**

**A.     Not separately classified.** Allowed non-priority unsecured claims shall be paid pro rata from any distribution remaining after disbursement to allowed secured and priority claims. Estimated distribution is approximately ___*100*___ %. The dividend percentage may vary depending on actual claims filed. If this case were liquidated under Chapter 7, the debtor(s) estimate that unsecured creditors would receive a dividend of approximately ___*0*___ %.

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                          Best Case Bankruptcy

    **B.**    **Separately classified unsecured claims.**

| Creditor | Basis for Classification | Treatment |
|---|---|---|
| *-NONE-* | | |

**5.**    **Mortgage Loans Secured by Real Property Constituting the Debtor(s)' Primary Residence; Other Long Term Payment Obligations, whether secured or unsecured, to be continued upon existing contract terms; Curing of any existing default under 11 U.S.C. § 1322(b)(5).**

    **A.**    **Debtor(s) to make regular contract payments; arrears, if any, to be paid by Trustee.**  The creditors listed below will be paid by the debtor(s) pursuant to the contract without modification, except that arrearages, if any, will be paid by the Trustee either pro rata with other secured claims or on a fixed monthly basis as indicated below, without interest unless an interest rate is designated below for interest to be paid on the arrearage claim and such interest is provided for in the loan agreement.

| Creditor | Collateral | Regular Contract Payment | Estimated Arrearage | Arrearage Interest Rate | Estimated Cure Period | Monthly Arrearage Payment |
|---|---|---|---|---|---|---|
| **Ally Financial** | **2010 Nissan Rogue 41920 miles** | **341.94** | **0.00** | **0%** | **0 months** | |
| **Bank Of Blacksburg** | **4054 Pikes Place Pulaski, VA 24301 Pulaski County** | **566.85** | **566.85** | **0%** | **2 months** | **Prorata** |
| **Freedom First Credit Union** | **2015 Chevy Silverado 9257 miles** | **621.53** | **0.00** | **0%** | **0 months** | |

    **B.**    **Trustee to make contract payments and cure arrears, if any.**  The Trustee shall pay the creditors listed below the regular contract monthly payments that come due during the period of this Plan, and pre-petition arrearages on such debts shall be cured by the Trustee either pro rata with other secured claims or with monthly payments as set forth below.

| Creditor | Collateral | Regular Contract Payment | Estimated Arrearage | Interest Rate | Term for Arrearage | Monthly Arrearage Payment |
|---|---|---|---|---|---|---|
| *-NONE-* | | | | | | |

    **C.**    **Restructured Mortgage Loans to be paid fully during term of Plan.**  Any mortgage loan against real estate constituting the debtor(s)' principal residence upon which the last scheduled contract payment is due before the final payment under the Plan is due shall be paid by the Trustee during the term of the Plan as permitted by 11 U.S.C. § 1322(c)(2) with interest at the rate specified below as follows:

| Creditor | Collateral | Interest Rate | Estimated Claim | Monthly Paymt & Est. Term** |
|---|---|---|---|---|
| *-NONE-* | | | | |

**6.**    **Unexpired Leases and Executory Contracts.**  The debtor(s) move for assumption or rejection of the executory contracts and leases listed below.

    **A.**    **Executory contracts and unexpired leases to be rejected.**  The debtor(s) reject the following executory contracts.

| Creditor | Type of Contract |
|---|---|
| *-NONE-* | |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

    **B.**     **Executory contracts and unexpired leases to be assumed.** The debtor(s) assume the following executory contracts. The debtor agrees to abide by all terms of the agreement. The Trustee will pay the pre-petition arrearages, if any, through payments made pro rata with other priority claims or on a fixed monthly basis as indicated below.

| Creditor | Type of Contract | Arrearage | Monthly Payment for Arrears | Estimated Cure Period |
|---|---|---|---|---|
| BLI Rentals LLC | rent to own | n/a | | |
| Outback Buildings | rent to own | n/a | | |

**7.**     **Liens Which Debtor(s) Seek to Avoid.**

    **A.**     **The debtor(s) move to avoid liens pursuant to 11 U.S.C. § 522(f).** The debtor(s) move to avoid the following judicial liens and non-possessory, non-purchase money liens that impair the debtor(s)' exemptions. **Unless a written objection is timely filed with the Court, the Court may grant the debtor(s)' motion and cancel the creditor's lien.** If an objection is filed, the Court will hear evidence and rule on the motion at the confirmation hearing.

| Creditor | Collateral | Exemption Amount | Value of Collateral |
|---|---|---|---|
| *-NONE-* | | | |

    **B.**     **Avoidance of security interests or liens on grounds other than 11 U.S.C. § 522(f).** The debtor(s) have filed or will file and serve separate pleadings to avoid the following liens or security interests. The creditor should review the notice or summons accompanying such pleadings as to the requirements for opposing such relief. The listing here is for information purposes only.

| Creditor | Type of Lien | Description of Collateral | Basis for Avoidance |
|---|---|---|---|
| *-NONE-* | | | |

**8.**     **Treatment and Payment of Claims.**

- All creditors must timely file a proof of claim to receive payment from the Trustee.
- If a claim is scheduled as unsecured and the creditor files a claim alleging the claim is secured but does not timely object to confirmation of the Plan, the creditor may be treated as unsecured for purposes of distribution under the Plan. This paragraph does not limit the right of the creditor to enforce its lien, to the extent not avoided or provided for in this case, after the debtor(s) receive a discharge.
- If a claim is listed in the plan as secured and the creditor files a proof of claim alleging the claim is unsecured, the creditor will be treated as unsecured for purposes of distribution under the Plan.
- The Trustee may adjust the monthly disbursement amount as needed to pay an allowed secured claim in full.

**9.**     **Vesting of Property of the Estate.** Property of the estate shall revest in the debtor(s) upon confirmation of the Plan. Notwithstanding such vesting, the debtor(s) may not sell, refinance, encumber real property or enter into a mortgage loan modification without approval of the Court after notice to the Trustee, any creditor who has filed a request for notice and other creditors to the extent required by the Local Rules of this Court.

**10.**    **Incurrence of indebtedness.** The debtor(s) shall not voluntarily incur additional indebtedness exceeding the cumulative total of $5,000 principal amount during the term of this Plan, either unsecured or secured against personal property, except upon approval of the Court after notice to the Trustee, any creditor who has filed a request for notice, and other creditors to the extent required by the Local Rules of this Court.

**11.**    **Other provisions of this plan:**

*Attorneys fees shall be paid ahead of all other claims except adequate protection payments, if any, which shall be treated in accordance with the Notice in paragraph 3C.*

*Payments to Cap1/ymaha for the 4 wheeler are paid by Debtor's son. No provision for payment in the plan.*

*Student loans are in deferment. No provision for payment in plan.*

Page 5of 6

*The Debtors shall re-start regular monthly mortgage payments with the instalment due for October 2016.*

**Signatures:**

**Dated:** *October 4, 2016*

*/s/ Robert Bruce Clark*                                             */s/ Bryan James Palmer*
*Robert Bruce Clark*                                                *Bryan James Palmer*
**Debtor**                                                          **Debtor's Attorney**

*/s/ Vickie Umberger Clark*
*Vickie Umberger Clark*
**Joint Debtor**

**Exhibits:**     Copy of Debtor(s)' Budget (Schedules I and J);
                  Matrix of Parties Served with Plan

Certificate of Service

I certify that on ___*October 4, 2016*___, I mailed a copy of the foregoing to the creditors and parties in interest on the attached Service List.

*/s/ Bryan James Palmer*
*Bryan James Palmer*
Signature

*Post Office Box 622*
*Roanoke, VA 24004*
Address

*540 342-9736*
Telephone No.

Ver. 09/17/09 [effective 12/01/09]

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                                          Best Case Bankruptcy

Fill in this information to identify your case:

Debtor 1: **Robert Bruce Clark**

Debtor 2: **Vickie Umberger Clark**
(Spouse, if filing)

United States Bankruptcy Court for the: WESTERN DISTRICT OF VIRGINIA

Case number
(If known)

Check if this is:
☐ An amended filing
☐ A supplement showing postpetition chapter 13 income as of the following date:
_____
MM / DD/ YYYY

## Official Form 106I
# Schedule I: Your Income
**12/15**

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1: Describe Employment

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

| | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|
| Employment status | ■ Employed<br>☐ Not employed | ■ Employed<br>☐ Not employed |
| Occupation | *Material Handler* | *Legal Assistant* |
| Employer's name | *Volvo Trucks North America* | *Gilmer, Sadler, Ingram* |
| Employer's address | *7900 National Service Road*<br>*Greensboro, NC 27409* | *P O Box 878*<br>*Pulaski, VA 24301* |
| How long employed there? | *21 years* | *10 months* |

### Part 2: Give Details About Monthly Income

**Estimate monthly income as of the date you file this form.** If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 2. | **List monthly gross wages, salary, and commissions** (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | $ **5,645.90** | $ **2,291.67** |
| 3. | **Estimate and list monthly overtime pay.** | +$ **0.00** | +$ **0.00** |
| 4. | **Calculate gross Income.** Add line 2 + line 3. | $ **5,645.90** | $ **2,291.67** |

Official Form 106I       **Schedule I: Your Income**       page 1

Debtor 1  **Robert Bruce Clark**
Debtor 2  **Vickie Umberger Clark**                                                                 Case number (*if known*)

|  |  |  | **For Debtor 1** | **For Debtor 2 or non-filing spouse** |
|---|---|---|---|---|
|  | Copy line 4 here | 4. | $ *5,645.90* | $ *2,291.67* |

5. **List all payroll deductions:**

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 5a. | **Tax, Medicare, and Social Security deductions** | 5a. $ | *1,390.05* | $ *431.31* |
| 5b. | **Mandatory contributions for retirement plans** | 5b. $ | *0.00* | $ *0.00* |
| 5c. | **Voluntary contributions for retirement plans** | 5c. $ | *0.00* | $ *0.00* |
| 5d. | **Required repayments of retirement fund loans** | 5d. $ | *0.00* | $ *0.00* |
| 5e. | **Insurance** | 5e. $ | *0.95* | $ *20.02* |
| 5f. | **Domestic support obligations** | 5f. $ | *0.00* | $ *0.00* |
| 5g. | **Union dues** | 5g. $ | *70.11* | $ *0.00* |
| 5h. | **Other deductions.** Specify: *401K Loan (Loan amount $7500.00 taken out 3/2016)* | 5h.+ $ | *232.09* + | $ *0.00* |

6. **Add the payroll deductions.** Add lines 5a+5b+5c+5d+5e+5f+5g+5h.    6. $ *1,693.20*    $ *451.33*

7. **Calculate total monthly take-home pay.** Subtract line 6 from line 4.    7. $ *3,952.70*    $ *1,840.34*

8. **List all other income regularly received:**
   8a. **Net income from rental property and from operating a business, profession, or farm**
   Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income.    8a. $ *0.00*    $ *0.00*
   8b. **Interest and dividends**    8b. $ *0.00*    $ *0.00*
   8c. **Family support payments that you, a non-filing spouse, or a dependent regularly receive**
   Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement.    8c. $ *0.00*    $ *0.00*
   8d. **Unemployment compensation**    8d. $ *0.00*    $ *0.00*
   8e. **Social Security**    8e. $ *0.00*    $ *0.00*
   8f. **Other government assistance that you regularly receive**
   Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies.
   Specify:    8f. $ *0.00*    $ *0.00*
   8g. **Pension or retirement income**    8g. $ *0.00*    $ *0.00*
   8h. **Other monthly income.** Specify: *Son's Yamaha Payment*    8h.+ $ *207.00* +    $ *0.00*

9. **Add all other income.** Add lines 8a+8b+8c+8d+8e+8f+8g+8h.    9. $ *207.00*    $ *0.00*

10. **Calculate monthly income.** Add line 7 + line 9.    10. $ *4,159.70* + $ *1,840.34* = $ *6,000.04*
    Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse.

11. **State all other regular contributions to the expenses that you list in *Schedule J*.**
    Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
    Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J*.
    Specify:    11. +$ *0.00*

12. **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income.
    Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities* and Related *Data*, if it applies    12. $ *6,000.04*
    **Combined monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**
    ■ No.
    ☐ Yes. Explain: _____

Official Form 106I    **Schedule I: Your Income**    page 2

Fill in this information to identify your case:

Debtor 1  *Robert Bruce Clark*

Debtor 2  *Vickie Umberger Clark*
(Spouse, if filing)

United States Bankruptcy Court for the: WESTERN DISTRICT OF VIRGINIA

Case number
(If known)

Check if this is:
☐ An amended filing
☐ A supplement showing postpetition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

## Official Form 106J
## Schedule J: Your Expenses                                    12/15

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

### Part 1: Describe Your Household

1. **Is this a joint case?**

   ☐ No. Go to line 2.
   ■ Yes. **Does Debtor 2 live in a separate household?**
   
   ■ No
   ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household* of Debtor 2.

2. **Do you have dependents?**  ■ No

   Do not list Debtor 1 and Debtor 2.    ☐ Yes. Fill out this information for each dependent..............

   Do not state the dependents names.

   | Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
   |---|---|---|
   | | | ☐ No  ☐ Yes |
   | | | ☐ No  ☐ Yes |
   | | | ☐ No  ☐ Yes |
   | | | ☐ No  ☐ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**
   ■ No
   ☐ Yes

### Part 2: Estimate Your Ongoing Monthly Expenses

**Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.**

**Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)**

**Your expenses**

4. **The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot.    4. $           *566.85*

   **If not included in line 4:**

   4a.  Real estate taxes                                         4a. $      *0.00*
   4b.  Property, homeowner's, or renter's insurance              4b. $      *0.00*
   4c.  Home maintenance, repair, and upkeep expenses             4c. $     *30.00*
   4d.  Homeowner's association or condominium dues               4d. $      *0.00*
5. **Additional mortgage payments for your residence,** such as home equity loans    5. $      *0.00*

Debtor 1 **Robert Bruce Clark**
Debtor 2 **Vickie Umberger Clark**      Case number (if known)

6. **Utilities:**
    - 6a. Electricity, heat, natural gas    6a. $ *160.00*
    - 6b. Water, sewer, garbage collection    6b. $ *45.00*
    - 6c. Telephone, cell phone, Internet, satellite, and cable services    6c. $ *130.00*
    - 6d. Other. Specify: **Cable and Other Utilities**    6d. $ *175.00*
7. **Food and housekeeping supplies**    7. $ *500.00*
8. **Childcare and children's education costs**    8. $ *0.00*
9. **Clothing, laundry, and dry cleaning**    9. $ *50.00*
10. **Personal care products and services**    10. $ *80.00*
11. **Medical and dental expenses**    11. $ *50.00*
12. **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments.    12. $ *400.00*
13. **Entertainment, clubs, recreation, newspapers, magazines, and books**    13. $ *100.00*
14. **Charitable contributions and religious donations**    14. $ *0.00*
15. **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20.
    - 15a. Life insurance    15a. $ *49.08*
    - 15b. Health insurance    15b. $ *0.00*
    - 15c. Vehicle insurance    15c. $ *163.00*
    - 15d. Other insurance. Specify:    15d. $ *0.00*
16. **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20.
    Specify: **Personal Property Taxes**    16. $ *48.00*
17. **Installment or lease payments:**
    - 17a. Car payments for Vehicle 1    17a. $ *621.53*
    - 17b. Car payments for Vehicle 2    17b. $ *341.94*
    - 17c. Other. Specify: **Great American Finance - sectional sofa**    17c. $ *46.37*
    - 17d. Other. Specify: **Son's Yamaha Payment**    17d. $ *207.00*
        - **Kay Jewelers**    $ *130.00*
        - **BLI Rentals-Patio furniture**    $ *90.78*
        - **Outback Buildings- shed**    $ *129.20*
        - **Riding Mower**    $ *71.00*
        - **Schewels-TV**    $ *90.58*
18. Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I, Your Income* **(Official Form 106I).**    18. $ *0.00*
19. **Other payments you make to support others who do not live with you.**
    Specify:    19. $ *0.00*
20. **Other real property expenses not included in lines 4 or 5 of this form or on** *Schedule I: Your Income*.
    - 20a. Mortgages on other property    20a. $ *0.00*
    - 20b. Real estate taxes    20b. $ *0.00*
    - 20c. Property, homeowner's, or renter's insurance    20c. $ *0.00*
    - 20d. Maintenance, repair, and upkeep expenses    20d. $ *0.00*
    - 20e. Homeowner's association or condominium dues    20e. $ *0.00*
21. **Other:** Specify: **Miscellaneous Expenses**    21. +$ *100.00*
    **Gifts: Christmas, Family, Birthdays**    +$ *25.00*

22. **Calculate your monthly expenses**
    - 22a. Add lines 4 through 21.    $ *4,400.33*
    - 22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2    $
    - 22c. Add line 22a and 22b. The result is your monthly expenses.    $ *4,400.33*

23. **Calculate your monthly net income.**
    - 23a. Copy line 12 *(your combined monthly income)* from Schedule I.    23a. $ *6,000.04*
    - 23b. Copy your monthly expenses from line 22c above.    23b. -$ *4,400.33*
    - 23c. Subtract your monthly expenses from your monthly income. The result is your *monthly net income.*    23c. $ *1,599.71*

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**
    For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?
    - ■ No.
    - ☐ Yes.    Explain here:

Clark, Robert and Vickie -

ALLY FINANCIAL
200 RENAISSANCE CTR
DETROIT, MI 48243

APPROVED CASH ADVANCE CENTERS
1560 N. FRANKLIN STREET
CHRISTIANSBURG, VA 24073

BANK OF BLACKSBURG
100 S MAIN
BLACKSBURG, VA 24060

BLI RENTALS LLC
P O BOX 992
EMPORIA, KS 66801

CABELAS CLUB VISA
P O BOX 82519
LINCOLN, NE 68501-2519

CAP1/YMAHA
26525 N RIVERWOODS BLVD
METTAWA, IL 60045

CAPITAL ONE BANK USA N
15000 CAPITAL ONE DR
RICHMOND, VA 23238

CARILION CLINIC
HOSPITAL BILLING SERVICES
PO BOX 13966
ROANOKE, VA 24038-3966

CARILION MEDICAL CENTER
PO BOX 11566
ROANOKE, VA 24022

CARILION NRV MEDICAL CENTER
PO BOX 11566
ROANOKE, VA 24022

CHASE CARD
PO BOX 15298
WILMINGTON, DE 19850

Clark, Robert and Vickie -

CHECK FIRST #202
2090 ROANOKE STREET
CHRISTIANSBURG, VA 24073

CLARKE FREDERICK WINCH
19 N WASHINGTON ST
WINCHESTER, VA 22601

COMENITY BANK/PEEBLES
PO BOX 182789
COLUMBUS, OH 43218

COMENITY BANK/VCTRSSEC
PO BOX 182789
COLUMBUS, OH 43218

CREDIT ONE BANK NA
PO BOX 98872
LAS VEGAS, NV 89193

DEPT OF ED/NAVIENT
PO BOX 9635
WILKES BARRE, PA 18773

FIRST PREMIER BANK
3820 N LOUISE AVE
SIOUX FALLS, SD 57107

FREEDOM FIRST CREDIT UNION
5240 VALLEYPARK DRIVE
ROANOKE, VA 24019

GREAT AMERICAN FINANCE
20 N WACKER DR STE 2275
CHICAGO, IL 60606

INTERNAL REVENUE SERVICE
INSOLVENCY UNITS
400 N 8TH STREET, BOX 76
RICHMOND, VA 23219-4838

KAY JEWELERS
375 GHENT RD
FAIRLAWN, OH 44333

Clark, Robert and Vickie -


MABT - GENESIS RETAIL
PO BOX 4499
BEAVERTON, OR 97076


MEMBER ONE FEDERAL CREDIT UNION
PO BOX 12288
ROANOKE, VA 24024


MERRICK BANK
PO BOX 9201
OLD BETHPAGE, NY 11804


ONLINE COLLECTIONS
POB 1489
WINTERVILLE, NC 28590


OUTBACK BUILDINGS
201 PROSPECT STREET
LEXINGTON, NC 27292


PARTNERSHIP PROPERTY MANAGEMENT


PULASKI COUNTY CIRCUIT COURT
45 3RD STREET
SUITE 102
PULASKI, VA 24301


SCA CRED SVC
1502 WILLIAMSON RO
ROANOKE, VA 24012


SCHEWEL FURNITURE
1055 PEPPERS FERRY ROAD
CHRISTIANSBURG, VA 24073


SCHEWEL FURNITURE
PEPPERS FAIRY ROAD
CHRISTIANSBURG, VA 24073


SEVENTH AVENUE
1112 7TH AVE
MONROE, WI 53566

Clark, Robert and Vickie -

SHENTEL CABLE
106 S. MAIN STREET
EDINBURG, VA 22824

SOLSTAS LAB PARTNERS
PO BOX 35907
GREENSBORO, NC 27425-5907

SPRINGLEAF FINANCIAL S
7345 LEE HWY
FAIRLAWN, VA 24141

SRS, INC.
415 NORTH EDGEWORTH ST STE 210
GREENSBORO, NC 27401

STERNRECSVCS
415 N EDGEWORTH ST SUITE 210
GREENSBORO, NC 27401

SYNCB/AMER EAGLE
PO BOX 965005
ORLANDO, FL 32896

SYNCB/BELK
PO BOX 965028
ORLANDO, FL 32896

SYNCB/BRGSTR
C/O PO BOX 965036
ORLANDO, FL 32896

SYNCB/DKS
PO BOX 965005
ORLANDO, FL 32896

SYNCB/LOWES
PO BOX 965005
ORLANDO, FL 32896

SYNCB/SYNCB NATIONS
C/O PO BOX 965036
ORLANDO, FL 32896

Clark, Robert and Vickie -


THD/CBNA
PO BOX 6497
SIOUX FALLS, SD 57117


TRULIANT FEDERAL CU
3200 TRULIANT WAY
WINSTON SALEM, NC 27103


UNION BNK&TR
24010 PARTNERSHIP BLVD
RUTHER GLEN, VA 22546


WEBBANK/FINGERHUT
6250 RIDGEWOOD RD
SAINT CLOUD, MN 56303


WEBBANK/GETTINGTON
6250 RIDGEWOOD ROAD
SAINT CLOUD, MN 56303


WFFNB RETAIL
CSCL DISPUTE TEAM
DES MOINES, IA 50306


WORLDS FOREMOST BANK N
4800 NW 1ST STREET
LINCOLN, NE 68521